THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　:　　3:20-CR-189
　　　　　　　　　　　　　　　　　　　　:　　(JUDGE MARIANI)
CASEY VANGORDER,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.　　　　　　　　　:

## ORDER

AND NOW, THIS _____ DAY OF JUNE, 2026, for the reasons set forth in

this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**

Defendant Casey Vangorder's "Motion for Early Termination of Probation" (Doc. 390), which

the Court has construed as a motion for early termination of supervised release, is **DENIED**.

_____
Robert D. Mariani
United States District Judge